UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                              )    Chapter 13 Case No. 14-57927
    Cortez Haynes, Jr.                            )
    Carmen Hanyes                                 )
                                                    )    Judge
                Debtor(s)              )

AMENDMENT TO PETITION, SCHEDULES, CREDITOR MATRIX AND/OR
STATEMENT OF AFFAIRS PURSUANT TO BANKRUPTCY RULE 1009

The attachments hereto amend the following:

    _____A _____B _____C _____D        _____E ____F

    _____G _____H _X__I _____J_____Matrix
__other

Debtor(s) represent that the amendments attached contain full and true statements of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.
    Debtor(s) Cortez and Carmen Haynes certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2014

                                     /s/ Cortez Haynes, Jr.
                                     Signature of Debtor

                                     /s/ Carmen Haynes
                                     Signature of Debtor

**CERTIFICATE OF SERVICE**

    A copy of this amendment was served electronically upon the United States Trustee and the Chapter 13 Trustee.

                                     /s/ Erin E Schrader
                                     Signature of Attorney